UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEON JOVAN WILLIAMS,<br><br>    Defendant. | CASE NO. MJ25-695<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

1. Unlawful Possession of a Firearm

<u>Date of Detention Hearing</u>:    December 17, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has a lengthy criminal record going back 25 years that includes convictions for Assault, DUI, tampering with a witness, theft, and multiple domestic violence assaults and protection order violations. He has a record of failing to appear and for extensive violations of his supervision in prior convictions including a record of escape. The offense conduct is alleged to have occurred when Defendant was participating in a YMCA anti-violence program, and when officers attempted to arrest him, he fled on foot.

2. Defendant poses a risk of nonappearance based upon his failures to appear and attempt to flee, and a danger to the community based on his extensive and violent criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

01  4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for
02     the defendant, to the United States Marshal, and to the United State Probation Services
03     Officer.

04     DATED this 17th day of December, 2025.

06                                    S. KATE VAUGHAN
                                      United States Magistrate Judge

DETENTION ORDER
PAGE -3